**Lee Cirsch (CA State Bar No. 227668)**
THE LANIER LAW FIRM, P.C.
10866 Wilshire Blvd., Suite 400
Los Angeles, California  90024
Telephone:  310-277-5100
Facsimile:   310-277-5103
lee.cirsch@lanierlawfirm.com

W. Mark Lanier *Pending Pro Hac Vice*
wml@lanierlawfirm.com
Eugene R. Egdorf  *Pending Pro Hac Vice*
gene.egdorf@lanierlawfirm.com
Benjamin T. Major  *Pending Pro Hac Vice*
ben.major@lanierlawfirm.com
Ryan D. Ellis  *Pending Pro Hac Vice*
ryan.ellis@lanierlawfirm.com
THE LANIER LAW FIRM, P.C.
6810 FM 1960 West
Houston, Texas 77069
Telephone:   713-659-5200
Facsimile:    713-659-2204

Arthur R. Miller *Pending Pro Hac Vice*
Arthur.miller@lanierlawfirm.com
THE LANIER LAW FIRM, PLLC
126 East 56th Street, 6th Floor
Tower 56
New York, New York 10022
Telephone:  212-421-2800
Facsimile:  212-421-2878

***Attorneys for Class Representative Plaintiffs, William Michael Hicks and Kenneth Harms, et. al.***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| William Michael Hicks and Kenneth Harms, as Class Representative Plaintiffs, *et. al* <br><br>           Plaintiffs, <br><br>    vs. <br><br> PGA TOUR, Inc., <br><br>           Defendant. | Case No. 3:15-cv-00489 <br><br> **PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

## PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

1. Plaintiffs file this Motion for Preliminary Injunction pursuant to Federal Rule of Civil Procedure 65 to prohibit Defendant, PGA TOUR, Inc., from engaging in conduct while this case is pending that will disturb the status quo and cause Plaintiffs irreparable harm.

2. This Motion should be granted considering the likelihood that Plaintiffs will succeed on the merits; the likelihood of irreparable injury to Plaintiffs if preliminary relief is not granted; the balance of hardships likely to be suffered by Plaintiffs in the absence of preliminary relief versus hardships likely to be suffered by Defendant if preliminary relief is granted; and the advancement of the public interest.

3. Plaintiffs' arguments and requested relief are set forth in detail by Plaintiffs' Memorandum in Support of Their Motion for Preliminary Injunction, which is filed contemporaneously with this Motion.

Dated: February 3, 2015              **THE LANIER LAW FIRM, P.C.**

By:      _/s/ Lee Cirsch_
         Lee Cirsch

Lee Cirsch (CA State Bar No. 227668)
10866 Wilshire Blvd., Suite 400
Los Angeles, CA  90024
Telephone: 310-277-5100
Facsimile:  310-277-5103
lee.cirsch@lanierlawfirm.com

THE LANIER LAW FIRM, P.C.
W. Mark Lanier *Pending Pro Hac Vice*
wml@lanierlawfirm.com
Eugene R. Egdorf  *Pending Pro Hac Vice*
gene.egdorf@lanierlawfirm.com
Benjamin T. Major  *Pending Pro Hac Vice*
ben.major@lanierlawfirm.com
Ryan D. Ellis  *Pending Pro Hac Vice*
ryan.ellis@lanierlawfirm.com
6810 FM 1960 West
Houston, TX 77069
Telephone:  713-659-5200
Facsimile:  713-659-2204

1
2  Arthur R. Miller *Pending Pro Hac Vice*
   Arthur.miller@lanierlawfirm.com
3  THE LANIER LAW FIRM, PLLC
   126 East 56th Street, 6th Floor
4  Tower 56
   New York, New York 10022
5  Telephone: 212-421-2800
   Facsimile: 212-421-2878
6  ***Attorneys for Class Representative Plaintiffs,
   William Michael Hicks and Kenneth Harms, et. al.***
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# CERTIFICATE OF SERVICE

I, Lee Cirsch, declare:

I certify that the foregoing document has been served on Defendant, PGA TOUR, Inc., via U.S. Postal Service certified mail, return receipt requested, to Defendant's designated agents in California, CSC–Lawyers Incorporating Service, 2710 Gateway Oaks Dr., Ste. 150N, Sacramento, CA 95833. I further certify that the foregoing document has been served on Defendant, PGA TOUR, Inc., via U.S. Postal Service certified mail, return receipt requested, to Defendant's designated agent in Florida, Richard Anderson, 112 PGA TOUR Blvd., Ponte Vedra Beach, FL 32082.

The foregoing document has been filed contemporaneously with Plaintiffs' Original Complaint. Thus, Plaintiffs will manually serve Defendant with the foregoing document with Plaintiffs' Original Complaint and other case-initiating documents in accordance with the rules for serving such documents.

I declare under penalty of perjury that the foregoing is true and correct. Signed on February 3rd, 2015.

                                          THE LANIER LAW FIRM, P.C.

                                          By:    */s/ Lee Cirsch*
                                                         Lee Cirsch

THE LANIER LAW FIRM, P.C.
Lee Cirsch (CA227668)
10866 Wilshire Blvd., Suite 400
Los Angeles, CA  90024
Telephone:  310-277-5100
Facsimile:   310-277-5103
lee.cirsch@lanierlawfirm.com