RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile:  (650) 470-4570
Email:     raoul.kennedy@skadden.com

JEFFREY A. MISHKIN (*pro hac vice* pending)
ANTHONY J. DREYER (*pro hac vice* pending)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
Telephone: (212) 735-3000
Facsimile:  (917) 777-2000
Email:     jeffrey.mishkin@skadden.com
Email:     anthony.dreyer@skadden.com

Attorneys for Defendant
PGA TOUR, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM MICHAEL HICKS and KENNETH HARMS, as Class Representative Plaintiffs, *et al.* | CASE NO. 3:15-cv-00489-VC |
| Plaintiffs, | STIPULATION AND [PROPOSED] ORDER |
| v. | |
| PGA TOUR, INC. | |
| Defendants. | |

Plaintiffs William Michael Hicks and Kenneth Harms, as Class Representative Plaintiffs, *et al.* (collectively, the "Plaintiffs") and Defendant PGA TOUR, INC. (the "TOUR"), through their respective counsel, hereby stipulate and agree as follows:

WHEREAS Plaintiffs filed the Complaint in this action on February 3, 2015;

WHEREAS service of the Complaint, Summons, and supporting documents was effected on or about February 11, 2015;

WHEREAS, the TOUR has informed Plaintiffs that it intends to move to transfer venue in this action to the Middle District of Florida;

WHEREAS, the parties have agreed that the TOUR's time to answer, move, or otherwise plead in response to the Complaint shall be extended through resolution of the TOUR's forthcoming motion to transfer venue;

WHEREAS, Plaintiffs reserve the right to seek (and the TOUR reserves the right to oppose) discovery in connection with the TOUR's motion to transfer venue, which discovery, if permitted, would affect any briefing schedule on such motion;

IT IS HEREBY STIPULATED AND AGREED that, pursuant to Civil Local Rule 6-1:

1. On or before March 6, 2015, the TOUR will move to transfer venue in this action to the Middle District of Florida;

2. Promptly after the filing of the TOUR's motion to transfer venue, the parties (a) will meet-and-confer regarding whether any venue-related discovery is necessary, and to set a proposed briefing schedule for the motion to transfer, and (b) shall submit a proposed schedule to the Court; and

3. The TOUR will answer, move, or otherwise plead in response to the Complaint within 30 days of the entry of an order on its motion to transfer venue;

IT IS FURTHER STIPULATED AND AGREED that this Stipulation does not constitute a waiver of any other defense including, but not limited to, the defenses of lack of personal or subject matter jurisdiction or improper venue.

1  DATED: February 20, 2015

2                                         SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

3

4                                         By:  _____/s/ Raoul D. Kennedy_____
                                                   RAOUL D. KENNEDY
5                                              JEFFREY A. MISHKIN (*pro hac vice* pending)
                                               ANTHONY J. DREYER (*pro hac vice* pending)
6                                                   Attorneys for Defendant
                                                        PGA TOUR, INC.
7

8

9  DATED: February 20, 2015

10                                        THE LANIER LAW FIRM, P.C.

11                                        By:  _____/s/ Lee Cirsch_____
                                                      LEE CIRSCH
12                                         Attorneys for Plaintiffs William Michael Hicks and
                                           Kenneth Harms, as Class Representative Plaintiffs, *et al.*
13

14

15

16                                        **ECF ATTESTATION**

17       Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in

18  the filing of this document has been obtained from each of the other signatories above.

19                                            _____/s/ Raoul D. Kennedy_____

20

21

22

23

24

25

26

27

28

2
STIPULATION AND [PROPOSED] ORDER                                        CASE NO. 3:15-cv-00489-VC

# [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: February 23, 2015

_____
The Honorable Vince Chhabria
United States District Court Judge