Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Hicks, et al.

Plaintiff(s),

v.

PGA Tour, Inc.

Defendant(s).

Case No: 3:15-cv-00489

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Benjamin T. Major, an active member in good standing of the bar of State of Texas, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Hicks, et al. in the above-entitled action. My local co-counsel in this case is Lee Cirsch, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 6810 FM1960 West<br>Houston, TX 77069 | 10866 Wilshire Blvd. Suite 400<br>Los Angeles, CA 90024 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (713) 659-5200 | (310) 277-5100 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| ben.major@lanierlawfirm.com | lee.cirsch@lanierlawfirm.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 24074639.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 02/27/15

Benjamin T. Major
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Benjamin T. Major is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: March 18, 2015

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

PRO HAC VICE APPLICATION & ORDER                                    *October 2012*

# STATE BAR OF TEXAS



Office of The Chief Disciplinary Counsel

February 27, 2015

RE: **Mr. Benjamin Todd Major**
State Bar Number - **24074639**

To Whom it May Concern:

This is to certify that Mr. Benjamin Todd Major was licensed to practice law in Texas on November 05, 2010 and is an active member in good standing with the State Bar of Texas.

Good Standing means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

Linda A. Acevedo
Chief Disciplinary Counsel

LA/dh



P.O. Box 12487, Capitol Station, Austin, Texas 78711, 512-427-1463 or 1-800-204-2222