**Lee Cirsch (CA State Bar No. 227668)**
THE LANIER LAW FIRM, P.C.
10866 Wilshire Blvd., Suite 400
Los Angeles, California  90024
Telephone:  310-277-5100
Facsimile:   310-277-5103
lee.cirsch@lanierlawfirm.com

W. Mark Lanier *Pending Pro Hac Vice*
wml@lanierlawfirm.com
Eugene R. Egdorf  *Pending Pro Hac Vice*
gene.egdorf@lanierlawfirm.com
Benjamin T. Major  *Pending Pro Hac Vice*
ben.major@lanierlawfirm.com
Ryan D. Ellis  *Pending Pro Hac Vice*
ryan.ellis@lanierlawfirm.com
THE LANIER LAW FIRM, P.C.
6810 FM 1960 West
Houston, Texas 77069
Telephone:   713-659-5200
Facsimile:   713-659-2204

Arthur R. Miller *Pending Pro Hac Vice*
Arthur.miller@lanierlawfirm.com
THE LANIER LAW FIRM, PLLC
126 East 56th Street, 6th Floor
Tower 56
New York, New York 10022
Telephone:  212-421-2800
Facsimile:  212-421-2878

*Attorneys for Class Representative Plaintiffs, William Michael Hicks and Kenneth Harms, et. al.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| William Michael Hicks and Kenneth Harms, as Class Representative Plaintiffs, *et. al* <br><br> Plaintiffs, <br><br> vs. <br><br> PGA TOUR, Inc., <br><br> Defendant. | Case No. 3:15-cv-00489-VC <br><br> **STIPULATION AND ~~(PROPOSED)~~ ORDER** |

Plaintiffs William Michael Hicks and Kenneth Harms, as Proposed Class Representative Plaintiffs, *et al.* ("Plaintiffs") and Defendant PGA TOUR, Inc. ("Defendant"), through their respective counsel, hereby stipulate and agree as follows:

WHEREAS Plaintiffs filed their original complaint in this matter on February 3, 2015;

WHEREAS service of Plaintiffs' original complaint, summons, and supporting documents was effected on or about February 11, 2015;

WHEREAS this Court, based on the parties' previous stipulation [Doc. No. 16], extended the deadlines for Defendant's initial responsive pleadings;

WHEREAS Defendant filed its Motion to Change Venue [Doc. No. 25] on March 5, 2015;

WHEREAS Plaintiffs filed an Amended Complaint [Doc. No. 28] on March 16, 2015;

WHEREAS Defendant may seek to supplement its motion to transfer venue to address the parties and allegations added to the First Amended Complaint;

WHEREAS Plaintiffs intend to seek venue discovery and resolve venue discovery disputes before Plaintiffs' response to Defendant's Motion to Change Venue becomes due and before briefing is complete on Defendant's Motion to Change Venue;

WHEREAS the parties have previously agreed that such discovery, which Defendant has reserved the right to oppose, would affect any briefing schedule on Defendant's Motion to Change Venue.

IT IS HEREBY STIPULATED AND AGREED THAT, pursuant to Civil Local Rule 6-1:

1. Plaintiffs' deadline to file a response to Defendant's Motion to Change Venue will be adjourned pending completion of venue discovery and resolution of venue discovery disputes, if any;

2. On or before March 25, 2015 Plaintiffs will serve Defendant with venue discovery requests limited to issues related to Defendant's Motion to Change Venue;

3. Upon service of Plaintiffs' discovery requests and Defendant's responses and objections, the parties will promptly meet and confer regarding the scope of Plaintiffs' requests, the scheduling of any response to those requests, Defendant's objections and claims of privilege, and all other matters relating to Plaintiffs' requests;

4. On or before April 3, 2015, Defendant will file any supplemental papers to its venue transfer motion to address the new factual allegations and new parties set forth in the First Amended Complaint.

5. Plaintiffs will file a response to Plaintiffs' Motion to Change Venue no later than 21 days following completion of venue discovery and resolution of any venue discovery disputes;

6. Defendant will answer, move, or otherwise plead in response to Plaintiffs' First Amended Complaint within 30 days of the entry of an order on its Motion to Change Venue;

IT IS FURTHER STIPULATED AND AGREED that this Stipulation does not constitute a waiver of any claim, objection or defense, including objections to discovery and other discovery disputes, unless expressly addressed herein.

Dated: March 18, 2015           **THE LANIER LAW FIRM, P.C.**

                        By:     */s/ Lee Cirsch*
                                Lee Cirsch
                                Lee Cirsch (CA State Bar No. 227668)
                                W. Mark Lanier *Pending Pro Hac Vice*
                                Eugene R. Egdorf *Pending Pro Hac Vice*
                                Benjamin T. Major *Pending Pro Hac Vice*
                                Ryan D. Ellis *Pending Pro Hac Vice*
                                Arthur R. Miller *Pending Pro Hac Vice*
                                ***Attorneys for Class Representative Plaintiffs, William Michael Hicks and Kenneth Harms, et. al.***

Dated: March 18, 2015           **SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP**
                        By*:    /s/ Raoul D. Kennedy*
                                Raoul D. Kennedy (Bar No. 40892)
                                Jeffrey A. Mishkin *admitted Pro Hac Vice*
                                Anthony J. Dreyer *admitted Pro Hac Vice*
                                ***Attorneys for Defendant PGA Tour, Inc***.

### EFC ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from each of the other signatories above.

                                /s/Lee Cirsch

**PROPOSED ORDER**

~~PURSUANT TO STIPULATION, IT IS SO ORDERED~~.

Dated: March ~~18~~ 20, 2015

_____
The Honorable
United States

**DENIED**

Judge Vince Chhabria

The proposed stipulation is denied.

The parties should submit a revised stipulation that includes a due date for the opposition to the transfer motion and a date for the hearing on that motion.

STIPULATION AND PROPOSED ORDER     - 3 -     CASE NO. 3:15-cv-00489-VC.