1 | RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2 | 525 University Avenue, Suite 1400
Palo Alto, California 94301
3 | Telephone: (650) 470-4500
Facsimile: (650) 470-4570
4 | Email:    raoul.kennedy@skadden.com

5 | JEFFREY A. MISHKIN (admitted *pro hac vice*)
ANTHONY J. DREYER (admitted *pro hac vice*)
6 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
7 | New York, NY 10036
Telephone: (212) 735-3000
8 | Facsimile: (212) 735-2000
Email:    jeffrey.mishkin@skadden.com
9 | Email:    anthony.dreyer@skadden.com

10 |
Attorneys for Defendant
11 | PGA TOUR, Inc.

12 |

13 | **UNITED STATES DISTRICT COURT**

14 | **NORTHERN DISTRICT OF CALIFORNIA**

15 | **SAN FRANCISCO DIVISION**

16 |

17 | WILLIAM MICHAEL HICKS and
KENNETH HARMS, as Class Representative
Plaintiffs, *et al.*

18 |
                                        Plaintiffs,
19 |
20 |              v.

PGA TOUR, INC.
21 |
                                        Defendant.
22 |

23 |

| CASE NO. 3:15-cv-00489-VC |

**SUPPLEMENTAL DECLARATION OF ANDREW B. LEVINSON IN SUPPORT OF DEFENDANT'S MOTION TO TRANSFER VENUE TO THE MIDDLE DISTRICT OF FLORIDA**

Hearing Date: April 30, 2015
Time: 10:00 a.m.
Place: Courtroom 4
Judge: Hon. Vince Chhabria

24 |
25 |
26 |
27 |
28 |

SUPPLEMENTAL DECLARATION OF ANDREW B. LEVINSON               CASE NO. 3:15-cv-00489-VC

**DECLARATION OF ANDREW LEVINSON**

I, ANDREW B. LEVINSON, declare as follows:

1.      I am over the age of 21 and am competent to make this Declaration.  I have information relevant to this action and personal knowledge of each statement made in this Declaration.

2.      On March 5, 2015, I submitted a Declaration in Support of Defendant PGA TOUR, Inc.'s (the "TOUR") Motion to Transfer Venue to the Middle District of Florida (Dkt. 26).  In that declaration, I set forth, among other things, (i) the number of TOUR employees in the Northern District of California and Middle District of Florida, respectively; (ii) the location of the TOUR's anticipated party witnesses; (iii) the number of Plaintiffs residing in the Northern District of California and Middle District of Florida, respectively; and (iv) the number of professional golfers that may be third-party witnesses in this litigation and reside in (or within one hundred miles of a courthouse in) the Northern District of California and Middle District of Florida.  This information was based upon my personal knowledge and review of TOUR records.

3.      Instead of responding to the TOUR's Motion, Plaintiffs filed a "First Amended Class Complaint for Damages" (Dkt 28) (the "FAC") on March 16, 2015.  The FAC adds eighty-four additional Plaintiffs, for a total of 168 Plaintiffs in this action.  (*See* FAC ¶¶ 21-56.)

4.      I hereby submit this Supplemental Declaration in support of the Motion to address facts relating to the newly added Plaintiffs that are relevant to the Motion.

**Plaintiffs**

5.      I have reviewed the TOUR's records concerning the last-known residences of the Plaintiffs named in the FAC.

6.      The FAC alleges that fourteen of the 168 named Plaintiffs reside in the State of California.  (FAC ¶ 23.)  According to TOUR records, however, only one Plaintiff—Andrew Martinez—resides in the Northern District of California.  Mr. Martinez was not named in the original complaint, and accordingly was not named as a Plaintiff until *after* the TOUR moved to transfer venue.

1    7.    The FAC concedes that fifty of the 168 named Plaintiffs—nearly one-third—reside

2 in the State of Florida. (FAC ¶¶ 22, 24.)  Of that group, thirty-six Plaintiffs, including alternate

3 class representative Kenneth Harms, reside in the Middle District of Florida, according to TOUR

4 records.

5    8.    TOUR records also indicate that there are three additional Plaintiffs that reside

6 within one hundred miles of a Middle District of Florida courthouse.

7 **Florida Is a More Convenient Forum for the Golfers that Employ Plaintiffs as Caddies**

8    9.    I have reviewed the TOUR's records concerning the last known residences of all

9 golfers that TOUR records indicate currently employ (or have recently employed) a Plaintiff as a

10 caddie at PGA TOUR, Champions Tour, or Web.com Tour events (the "Golfers").  The TOUR

11 anticipates that some of these Golfers may be called as third-party witnesses in this action.

12    10.    TOUR records indicate that only nine of the relevant Golfers reside in the State of

13 California, and only two of those Golfers reside in the Northern District of California.

14    11.    In contrast, TOUR records indicate that thirty-five of the relevant Golfers reside in

15 the State of Florida, nineteen of whom reside in the Middle District of Florida.  TOUR records also

16 indicate that another six of the relevant Golfers reside within one hundred miles of a Middle

17 District of Florida courthouse.

18    I declare under penalty of perjury that the foregoing is true and correct.

19    Executed in Ponte Vedra Beach, Florida on April 2, 2015.

20                                                 Respectfully submitted,

21

22

23                                                 ANDREW B. LEVINSON

24

25

26

27

28

2

SUPPLEMENTAL DECLARATION OF ANDREW B. LEVINSON                    CASE NO. 3:15-cv-00489-VC