UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM MICHAEL HICKS, et al.,

    Plaintiffs,

v.

PGA TOUR, INC.,

    Defendant.

Case No. 15-cv-00489-VC

**ORDER RE DISCOVERY LETTER**

Re: Dkt. No. 40

The plaintiffs' request for further discovery is denied. The Court denies the plaintiffs' request with the understanding that the defendant, if it has not done so already, will provide the discovery it has offered to provide, as described on Page 5 of the discovery letter.

**IT IS SO ORDERED.**

Dated: May 6, 2015

VINCE CHHABRIA
United States District Judge