UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MICHAEL HICKS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>PGA TOUR, INC.,<br><br>    Defendant. | Case No. 15-cv-00489-VC<br><br>**ORDER RE SCHEDULE FOR DEFENDANT'S MOTION TO TRANSFER VENUE**<br><br>Re: Dkt. No. 25 |

The hearing on the motion to transfer venue is rescheduled to July 23, 2015 at 10:00 a.m. In addition, the following briefing schedule shall apply. The plaintiffs' opposition to the motion to transfer venue is due June 26, 2015. This due date applies regardless of when depositions are completed. Any reply by the defendant must be filed no later than July 6, 2015 at noon. This due date also applies regardless of when depositions are completed.

This order supersedes all prior orders relating to the hearing date and briefing schedule for the motion to transfer venue.

**IT IS SO ORDERED.**

Dated: May 29, 2015

_____
VINCE CHHABRIA
United States District Judge