1  RAOUL D. KENNEDY (Bar No. 40892)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2  525 University Avenue, Suite 1400
   Palo Alto, California 94301
3  Telephone: (650) 470-4500
   Facsimile: (650) 470-4570
4  Email:      raoul.kennedy@skadden.com

5  JEFFREY A. MISHKIN (admitted *pro hac vice*)
   ANTHONY J. DREYER (admitted *pro hac vice*)
6  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   Four Times Square
7  New York, NY 10036
   Telephone: (212) 735-3000
8  Facsimile: (212) 735-2000
   Email:      jeffrey.mishkin@skadden.com
9  Email:      anthony.dreyer@skadden.com

10
   Attorneys for Defendant
11 PGA TOUR, Inc.

12

13                  UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15                   SAN FRANCISCO DIVISION

16
   WILLIAM MICHAEL HICKS and              CASE NO. 3:15-cv-00489-VC
17 KENNETH HARMS, as Class Representative
   Plaintiffs, *et al.*                   **DECLARATION OF ANDREW B.**
18                                         **LEVINSON REVISING INFORMATION**
                        Plaintiffs,        **PROVIDED IN SUPPORT OF**
19                                         **DEFENDANT'S MOTION TO**
              v.                           **TRANSFER VENUE TO THE MIDDLE**
20                                         **DISTRICT OF FLORIDA**
   PGA TOUR, INC.
21                                         Hearing Date: July 23, 2015
                        Defendant.        Time:   10:00 a.m.
22                                         Place:  Courtroom 4
                                           Judge:  Hon. Vince Chhabria
23

24

25

26

27

28

DECLARATION OF ANDREW B. LEVINSON                    CASE NO. 3:15-cv-00489-VC

1

## DECLARATION OF ANDREW LEVINSON

2      I, ANDREW B. LEVINSON, declare as follows:

3      1.      I am over the age of 21 and am competent to make this Declaration.  I have

4  information relevant to this action and personal knowledge of each statement made in this

5  Declaration.

6      2.      I have submitted declarations in Support of Defendant PGA TOUR, Inc.'s (the

7  "TOUR") Motion to Transfer Venue to the Middle District of Florida.  The first declaration was

8  filed on March 5, 2015 in connection with the TOUR's Motion to Transfer Venue.  (Dkt. 26, the

9  "Original Declaration.")  The second declaration was filed on April 8, 2015 to address the new

10 parties added to the First Amended Complaint.  (Dkt. 39, the "Supplemental Declaration.")

11     3.      Upon further review of the TOUR's records, there are two statements from my prior

12 declarations that require revision.

13     4.      In paragraph 30 of the Original Declaration, I stated that the TOUR will hold a total

14 of six TOUR Tournaments in the Northern District of California for the current golf season.  A

15 further review of the TOUR's records indicates that the TOUR will only hold five TOUR

16 Tournaments in the Northern District of California for the current golf season.  The discrepancy

17 resulted from previously including a tournament that was held in California, but outside the

18 Northern District.

19     5.      In paragraph 11 of the Supplemental Declaration, I stated that TOUR records

20 indicated 35 of the professional golfers that employ Plaintiffs as caddies reside in the State of

21 Florida, with 19 of those golfers residing in the Middle District of Florida.  A further review of

22 those records indicates that 34 golfers who employ Plaintiffs as caddies reside in the State of

23 Florida, 18 of whom reside in the Middle District of Florida.  The discrepancy resulted from

24 inadvertently double-counting a golfer that has employed two separate Plaintiffs as caddies.

25

26

27

28

DECLARATION OF ANDREW B. LEVINSON                                    CASE NO. 3:15-cv-00489-VC

1  I declare under penalty of perjury that the foregoing is true and correct.

2  Executed in Ponte Vedra Beach, Florida on June 8, 2015.

3                                         Respectfully submitted,

4

5                                         _____

6                                         ANDREW B. LEVINSON

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

DECLARATION OF ANDREW B. LEVINSON                    CASE NO. 3:15-cv-00489-VC