RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile:  (650) 470-4570
Email:      raoul.kennedy@skadden.com

JEFFREY A. MISHKIN (admitted *pro hac vice*)
ANTHONY J. DREYER (admitted *pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
Telephone: (212) 735-3000
Facsimile:  (917) 777-2000
Email:      jeffrey.mishkin@skadden.com
Email:      anthony.dreyer@skadden.com

Attorneys for Defendant
PGA TOUR, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM MICHAEL HICKS and KENNETH HARMS, as Class Representative Plaintiffs, *et al.* | CASE NO. 3:15-cv-00489-VC |
| Plaintiffs, | **DEFENDANT PGA TOUR, INC.'S MOTION FOR A PAGE EXTENSION AND [PROPOSED] ORDER** |
| v. | DENYING REQUEST |
| PGA TOUR, INC. | |
| Defendants. | |

PLEASE TAKE NOTICE THAT, pursuant to Civil Local Rule 7-11, Defendant PGA TOUR, Inc. (the "TOUR"), by and through its counsel of record, hereby seeks leave of this Court to file a Motion to Dismiss Plaintiff's First Amended Complaint and Memorandum of Points and Authorities in Support Thereof ("Brief") in excess of the 15-page limit prescribed by ¶ 19 of this Court's Civil Standing Order.

Specifically, the First Amended Complaint contains seven different causes of action that implicate complicated issues including the Sherman Antitrust Act and the Lanham Act, as well as various state law claims that likely are governed by laws of numerous different states. In light of the numerous issues that must be addressed in the TOUR's Brief, the TOUR respectfully requests that the page limit for its Brief be extended to 25 pages. The TOUR will submit its Brief on or before August 21, 2015 and will make every effort to submit a Brief that is concise as possible.

Plaintiffs do not consent to this request. In the event the Court grants the TOUR's request for a page extension, however, Plaintiffs request a comparable extension for their opposition brief, which the TOUR does not oppose.

DATED: July 29, 2015

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By:    /s/ Raoul D. Kennedy
RAOUL D. KENNEDY
JEFFREY A. MISHKIN (admitted *pro hac vice*)
ANTHONY J. DREYER (admitted *pro hac vice*)
Attorneys for Defendant PGA TOUR, INC.

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED THAT the page limit for the TOUR's moving brief in support of a motion to dismiss the First Amended Complaint and the page limit for Plaintiffs' opposition brief be extended to 25 pages.

Date: July 30, 2015

_____
The Honorable
United



DENIED
Judge Vince Chhabria