UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM MICHAEL HICKS, et al.,

    Plaintiffs,

    v.

PGA TOUR, INC.,

    Defendant.

Case No. 15-cv-00489-VC

**ORDER RE SUPPLEMENTAL BRIEFING**

During the hearing, the Court requested supplemental briefing on which state's law applies to the breach of contract claim. In addition, the Court requests that the parties address the following questions in the supplemental briefs:

- Are there any judicially noticeable facts (or facts to which the parties are willing to stipulate for the Court's consideration in connection with the motion to dismiss) about when the PGA Tour started requiring caddies to wear bibs during tournaments?
- Are there any judicially noticeable facts (or facts to which the parties are willing to stipulate) about when the names of Tour events began changing from generic names such as the San Diego Open to "sponsored" names such as the Farmers Insurance Open?
- If there are judicially noticeable facts on these issues, how do the facts affect the plaintiffs' breach of contract and right of publicity claims?

The due dates for the supplemental briefs remain the same, but the page limit for the briefs is extended from five to ten pages.

**IT IS SO ORDERED.**

Dated: December 3, 2015

VINCE CHHABRIA
United States District Judge