UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MICHAEL HICKS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>PGA TOUR, INC.,<br><br>    Defendant. | Case No. 15-cv-00489-VC<br><br>**ORDER DENYING MOTION TO FILE UNDER SEAL**<br><br>Re: Dkt. No. 70 |

      The defendant's motion to file under seal Exhibits A, B, and C to its request for judicial notice in support of its motion to dismiss the first amended complaint is denied. The Tour asserts that its "standard form tournament agreements" must be concealed from the public because competitors might take advantage of information contained in them. But the Tour makes this assertion at a high level of abstraction, without explaining, in concrete terms or with examples, who might take advantage of the information, or how they might do so. (For that matter, the Court cannot, on its own, conceive of a real-world example in which this would happen.) Although the defendant's first motion to dismiss was mooted by the parties' stipulation to allow the plaintiffs to file a second amended complaint, that motion was "more than tangentially related to the merits of [the] case." *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1101 (9th Cir. 2016). Accordingly, the Tour has not satisfied the standard for filing these documents under seal. *See id.* at 1100-01.

      **IT IS SO ORDERED.**

Dated: February 10, 2016

_____
VINCE CHHABRIA
United States District Judge