Name _____

Address _____

City, State, Zip _____

Phone _____

Fax _____

E-Mail _____

☐ FPD    ☐ Appointed    ☐ CJA    ☐ Pro Per    ☐ Retained

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAINTIFF(S),<br><br>v.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>**NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that _____ hereby appeals to

*Name of Appellant*

the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☐ Order (specify):

☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on _____. Entered on the docket in this action on _____.

A copy of said judgment or order is attached hereto.    See Exhibit A attached.

_____

Date

_____

Signature
☐ Appellant/ProSe    ☐ Counsel for Appellant    ☐ Deputy Clerk

**Note:**   The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party.  Also, if not electronically filed in a criminal case,  the Clerk shall be furnished a sufficient number of copies of the Notice of  Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

The parties to the Order appealed from and the names and addresses of their respective attorneys are as follows:

Plaintiffs:

William Michael Hicks and Kenneth Harms, as Class Representative Plaintiffs, *et al*

Attorneys for Plaintiffs:

Lee Cirsch
lee.cirsch@lanierlawfirm.com
THE LANIER LAW FIRM, P.C.
10866 Wilshire Blvd., Suite 400
Los Angeles, California   90024
Telephone:  310-277-5100
Facsimile:   310-277-5103


W. Mark Lanier *Admitted Pro Hac Vice*
wml@lanierlawfirm.com
Eugene R. Egdorf  *Admitted Pro Hac Vice*
gene.egdorf@lanierlawfirm.com
Christopher L. Gadoury  *Admitted Pro Hac Vice*
chris.gadoury@lanierlawfirm.com
Benjamin T. Major  *Admitted Pro Hac Vice*
ben.major@lanierlawfirm.com
Ryan D. Ellis  *Admitted Pro Hac Vice*
ryan.ellis@lanierlawfirm.com
THE LANIER LAW FIRM, P.C.
6810 FM 1960 West
Houston, Texas 77069
Telephone:  713-659-5200
Facsimile:   713-659-2204


Arthur R. Miller *Admitted Pro Hac Vice*
Arthur.miller@lanierlawfirm.com
THE LANIER LAW FIRM, PLLC
126 East 56th Street, 6th Floor
Tower 56
New York, New York 10022
Telephone:  212-421-2800
Facsimile:  212-421-2878

<u>Defendant</u>:

    PGA TOUR, Inc.

<u>Attorneys for Defendant</u>:

    Jeffrey A. Mishkin
    jeffrey.mishkin@skadden.com
    Anthony J. Dreyer
    anthony.dreyer@skadden.com
    Skadden, Arps, Slate, Meagher & Flom LLP
    Four Times Square
    New York, NY  10036
    (212) 735-3000

    Raoul D. Kennedy
    raoul.kennedy@skadden.com
    Skadden, Arps, Slate, Meagher & Flom LLP
    525 University Avenue
    Palo Alto, CA  94301
    (650) 470-4500