

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

March 08, 2016

No.: 16-15370
D.C. No.: 3:15-cv-00489-VC
Short Title: Williams Hicks, et al v. PGA Tour, Inc.

Dear Appellants/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**The due dates for filing the parties' briefs and otherwise perfecting the appeal have been set by the enclosed "Time Schedule Order," pursuant to applicable FRAP rules. These dates can be extended only by court order. Failure of the appellant to comply with the time schedule order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1.**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 08 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

WILLIAMS MICHAEL HICKS;
KENNETH HARMS, as Class
Representative Plaintiffs and Individual
Plaintiffs; MATTHEW ACHATZ;
BRANDON ANTUS; CHAD ANTUS;
ANDREW BARNES; CHRIS BERRY;
MICHAEL BESTOR; DUANE BOCK;
DAVID BROOKER; MARK CARNES;
STEVEN CATLIN; BRUCE
CLENDENEN; GRAEME COURTS;
MICHAEL DARBY; HENRY DIANA;
DON DONATELLO; MICHAEL
DORAN; JAMES EDMONDSON;
DEAN ELLIOTT; JOSEPH ETTER;
BRENT EVERSON; MICAH FUGITT;
DAMON GREEN; JAY HAAS, Jr.;
STEVEN HALE; MATTHEW
HAUSER; ADAM HAYES; WILLIAM
HEIM; JONATHAN JAKOVAC; TOM
JANIS; JIMMY JOHNSON; CHRIS
JONES; NICK JONES; STEVE KAY;
ANTHONY KNIGHT; SHAY
KNIGHT; MITCH KNOX; KURTIS
KOWALUK; RONALD LEVIN; JOHN
LIMANTI; BRENNEN LITTLE;
SCOTT MARTIN, Esquire, Attorney;
RICH MAYO, Jr.; DANIEL
MCQUILKEN; ERIC MELLER,
Esquire, Attorney; MATTHEW
MINISTER; CHARLES MOHR; TODD
MONTOYA; TONY NAVARRO;
DONALD NELSON; TRAVIS

No. 16-15370

D.C. No. 3:15-cv-00489-VC
U.S. District Court for Northern
California, San Francisco

**TIME SCHEDULE ORDER**

PERKINS; JOSEPH PYLAND; BRIAN REED; CHAD REYNOLDS; MIGUEL RIVERA; DAVID ROBINSON; SCOTT SAJTINAC; ANDREW SANDERS; FRED SANDERS; CORBY SEGAL; SHAWN SEGARS; BRIAN SMITH; RUSSEL STARK; BRAD SWEARINGEN; PAUL TESORI; ROBERT THOMPSON; SCOTT TWAY; STEVE UNDERWOOD; MARK URBANEK; RUSTY URESTI; BRETT WALDMAN; NEIL WALLACE; AARON WARK; JEFFERY WILLETT; BARRY WILLIAMS; MICHAEL MAZZEO; JOHN YARBROUGH; JUSTIN YORK; DENNIS TURNING; STEPHEN WILLIAMS; TERRY R. ENGLEMAN; THOMAS FLETCHER; ALAN BOND; EDWARD E. WILLIS; ROBERT J. MCFADDEN; PETER AMBROSETTI; KENNETH A. TOLLES; JOSEPH DUPLANTIS; BRADLEY WHITTLE; PETER JORDAN; WESTON SCOTT WATTS; JOSHUA E. DICKINSON; DAVID B. PARSONS; PETER VANDERRIET; MARK CRUNDEN; JOHN M. BUCHNA; COLIN BYRNE; LINN STRICKLER; CHAD ROSENAK; MATTHEW BEDNARSKI; MARTIN COURTOIS; KENNY BUTLER; JEFF DOLF; MARCEL LABAS; RUSSELL CRAVER; JAMES WALTERS; JAMES SMITH; PATRICK V. ESWAY, Jr.; MARK HUBER; JON CUSTER; LEWIS B. PULLER, III; JIM THOMAS; MARK E. MILLER, Esquire, Attorney; MATTHEW HALL; ERIC SCHWARZ; JOHN R. ADCOX; JOHN VENN; JOHN EGAN; MATTHEW TRITTON; JAMES

SPRINGER, Esquire, Attorney; TERRY
TRAVIS; RICHARD J. MOTACKI;
ROBERT DICKERSON; TIM
GOODELL; ROBERT VAIL; TODD
NEWCOMB; GREG W. MARTIN;
NOAH ZELNIK; BRENT HENLEY;
CHRISTOPHER S. FIEDLER; PHILIP
LOWE; DAVID PATTERSON; KEVIN
MCARTHUR; RICHARD M.
SCHLAACK; DAVID H. RAWLS;
BOB BURNS; MICHAEL J. WAITE;
HARRY BROWN; DAVID A. KERR;
BRIAN H. SULLIVAN; ANDREW
DAVIDSON; ALLAN MELLAN;
DAVID WOOSLEY; RONALD
MCCANN; DANIEL SCHLIMM;
STEVE GREENWOOD; ANTHONY
WILDS; MICHAEL MARONEY;
ANDREW MARTINEZ; KYLE
KOLENDA; DAVID LAWSON; JOHN
L. SMITH; MICHAEL MIDDLEMO;
SPENCER SEIFERT; LADDEN
CLINE; THOMAS G. WILLIAMS;
MICHAEL CARRICK; CALVIN
HENLEY; GEORGE ASSANTE;
WALTER WORTHERN, Jr.;
TIMOTHY J. THALMUELLER;
WILLIAM POORE; NORMAN R.
BLOUNT, Jr.; WILLIAM SPENCER;
MARK HAMILTON; CHRISTIAN
HEATH HOLT; DAMIAN LOPEZ,

> Plaintiffs - Appellants,

   v.

PGA TOUR, INC.,

> Defendant - Appellee.

The parties shall meet the following time schedule.

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3.1. If there were no reported hearings, the transcript deadlines do not apply.

| | |
|---|---|
| **Tue., March 15, 2016** | Mediation Questionnaire due. If your registration for Appellate ECF is confirmed after this date, the Mediation Questionnaire is due within one day of receiving the email from PACER confirming your registration. |
| **Wed., April 6, 2016** | Transcript shall be ordered. |
| **Fri., May 6, 2016** | Transcript shall be filed by court reporter. |
| **Wed., June 15, 2016** | Appellants' opening brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1. |
| **Fri., July 15, 2016** | Appellee's answering brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1. |

**The optional appellants' reply brief shall be filed and served within fourteen days of service of the appellee's brief, pursuant to FRAP 32 and 9th Cir. R. 32-1.**

**Failure of the appellants to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Isidro Vargas
Deputy Clerk